# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARCUS JEROME BLACKWELL,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 77665

FILED

JAN 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order denying and/or dismissing a motion to correct an illegal sentence. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no order denying a motion to correct an illegal sentence was entered on November 15, 2018. To the extent that appellant appeals from the order denying a motion to correct an illegal sentence entered on January 24, 2018, the notice of appeal was untimely filed. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-01062

cc: Hon. Ronald J. Israel, District Judge
Marcus Jerome Blackwell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk